JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE DAVON WILLIS, ) | Case No. CV 10-1095-SJO (OP) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| v. ) | |
| ) | |
| MATTHEW CATE, DIRECTOR OF ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| CORRECTIONS AND ) | |
| REHABILITATION ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:  3/5/10

*S. James Otero*
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge